## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: HOWALD, SHAWN P. | § | Case No. 12-84280-MB |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
BERNARD J. NATALE                        , trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

Clerk of The U S Bankruptcy Court

327 S Church Street, Room 1100

Rockford IL 61101

Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:30AM on 12/29/2014 in Courtroom 3100, United States Courthouse,
327 S Church Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  12/02/2014 _____   By:  /s/BERNARD J. NATALE _____

                                                        Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| In re: HOWALD, SHAWN P. | § | Case No. 12-84280-MB |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 6,000.00 |
| *and approved disbursements of* | $ | 159.49 |
| *leaving a balance on hand of* [1] | $ | 5,840.51 |

**Balance on hand:**          $          5,840.51

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:     $          0.00
Remaining balance:     $          5,840.51

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 1,350.00 | 0.00 | 1,350.00 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 1,367.00 | 0.00 | 1,367.00 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 17.40 | 0.00 | 17.40 |
| Other Expenses: INTERNATIONAL SURETIES, LTD | 9.49 | 9.49 | 0.00 |

Total to be paid for chapter 7 administration expenses:     $          2,734.40
Remaining balance:     $          3,106.11

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $            0.00

Remaining balance: $       3,106.11

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $            0.00

Remaining balance: $       3,106.11

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 33,755.94 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 12,003.18 | 0.00 | 1,104.49 |
| 2 | Quantum3 Group LLC as agent for | 5,401.07 | 0.00 | 496.99 |
| 3 | Portfolio Recovery Associates, LLC | 16,351.69 | 0.00 | 1,504.63 |

Total to be paid for timely general unsecured claims: $       3,106.11

Remaining balance: $            0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for tardy general unsecured claims: | $            0.00 |
| Remaining balance: | $            0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $            0.00 |
| Remaining balance: | $            0.00 |

Prepared By:  /s/BERNARD J. NATALE

Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 12-84280-TML
Shawn P. Howald                                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3           User: ldixon              Page 1 of 1              Date Rcvd: Dec 08, 2014
                               Form ID: pdf006           Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 10, 2014.
db          +Shawn P. Howald,   13134 Foxglove Lane,   Winnebago, IL 61088-9013
19692326    +American,   P.O. Box 182789,   Columbus, OH 43218-2789
19692328     Capital One,   P.O. Box 30281,   Salt Lake City, UT 84130-0281
20048431     Capital One Bank (USA), N.A.,   P.O. Box 71083,   Charlotte, NC 28272-1083
19692329     CitiMortgage, Inc.,   P.O. Box 183040,   Columbus, OH 43218-3040
19692332    +HSBC/Menards,   P.O. Box 5253,   Carol Stream, IL 60197-5253
19692333    +Katie Howald,   3782 Butterfield Drive,   Winnebago, IL 61088-8612
20345249    ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court: Portfolio Recovery Associates, LLC,
             successor to US BANK NATIONAL ASSOC,   POB 41067,   Norfolk, VA 23541)
19692335     U.S. Bank Home Mortgage,   P.O. Box 790415,   Saint Louis, MO 63179-0415
19692331    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: Elan Financial Services,   P.O. Box 108,
             Saint Louis, MO 63166-9801)
19692336     VW Credit Inc.,   2333 Waukegan Rd.,   Libertyville, IL 60048

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19692330     E-mail/Text: bankruptcynotices@dcicollect.com Dec 09 2014 00:49:30
             Diversified Consultants, Inc.,   P.O. Box 551268,   Jacksonville, FL 32255-1268
20080822     E-mail/Text: bnc-quantum@quantum3group.com Dec 09 2014 00:48:04
             Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
                                                                                         TOTAL: 2


          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19692334*    +Katie Howald,   3782 Butterfield Drive,   Winnebago, IL 61088-8612
19692327     ##+Baker & Miller, P.C.,   29 N. Wacker Drive,   Suite 500,   Chicago, IL 60606-3227
                                                                           TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2014                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 2, 2014 at the address(es) listed below:
          Bernard J Natale   on behalf of Trustee Bernard J Natale natalelaw@bjnatalelaw.com
          Bernard J Natale   natalelaw@bjnatalelaw.com, IL42@ecfcbis.com
          Jason H Rock   on behalf of Debtor Shawn P. Howald jrock@bslbv.com
          Meghan N Bolte   on behalf of Trustee Bernard J Natale mmagnuson@bjnatalelaw.com,
          mbolte@bjnatalelaw.com
          Patrick S Layng   USTPRegion11.MD.ECF@usdoj.gov
          Toni Dillon   on behalf of Creditor   U.S. Bank National Association tdillon@atty-pierce.com,
          northerndistrict@atty-pierce.com
                                                                           TOTAL: 6