# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| In re: HOWALD, SHAWN P. | § | Case No. 12-84280-MB |
|---|---|---|
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: _$211,247.40_          Assets Exempt: _$21,901.00_
*(without deducting any secured claims)*

Total Distribution to Claimants:_$3,106.11_          Claims Discharged
                                                      Without Payment: _$33,098.50_

Total Expenses of Administration:_$2,893.89_

---

3) Total gross receipts of $    6,000.00    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $    0.00    (see **Exhibit 2**), yielded net receipts of $6,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $251,564.70 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4** ) | 0.00 | 2,893.89 | 2,893.89 | 2,893.89 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5** ) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6** ) | 2,166.67 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 34,787.00 | 33,755.94 | 33,755.94 | 3,106.11 |
| **TOTAL DISBURSEMENTS** | $288,518.37 | $36,649.83 | $36,649.83 | $6,000.00 |

4)  This case was originally filed under Chapter 7 on November 14, 2012. The case was pending for 28 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: __03/11/2015_____   By:  _/s/BERNARD J. NATALE_____
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| New Money Loan from Parents | 1241-000 | 6,000.00 |
| **TOTAL GROSS RECEIPTS** | | $6,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | VW Credit Inc. | 4110-000 | 31,300.60 | N/A | N/A | 0.00 |
| NOTFILED | CitiMortgage, Inc. | 4110-000 | 33,127.04 | N/A | N/A | 0.00 |
| NOTFILED | U.S . Bank Home Mortgage | 4110-000 | 187,137.06 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $251,564.70 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 17.40 | 17.40 | 17.40 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 1,367.00 | 1,367.00 | 1,367.00 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 8.42 | 8.42 | 8.42 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 1.07 | 1.07 | 1.07 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 0.00 | 0.00 | 0.00 |
| BERNARD J. NATALE | 2100-000 | N/A | 1,350.00 | 1,350.00 | 1,350.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,893.89 | $2,893.89 | $2,893.89 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | $0.00 | $0.00 | $0.00 | |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Katie Howald | 5200-000 | 2,166.67 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $2,166.67 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | 12,003.00 | 12,003.18 | 12,003.18 | 1,104.49 |
| 2 | Quantum3 Group LLC as agent for | 7100-000 | 5,401.00 | 5,401.07 | 5,401.07 | 496.99 |
| 3 | Portfolio Recovery Associates, LLC | 7100-000 | 17,101.00 | 16,351.69 | 16,351.69 | 1,504.63 |
| NOTFILED | Diversified Consultants, Inc. | 7100-000 | 143.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC/Menards | 7100-000 | 139.00 | N/A | N/A | 0.00 |
| NOTFILED | Baker & Miller, P.C. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $34,787.00 | $33,755.94 | $33,755.94 | $3,106.11 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| | | |
|---|---|---|
| **Case Number:** 12-84280-MB | **Trustee:** (330370) BERNARD J. NATALE | |
| **Case Name:** HOWALD, SHAWN P. | **Filed (f) or Converted (c):** 11/14/12 (f) | |
| | **§341(a) Meeting Date:** 12/27/12 | |
| **Period Ending:** 03/11/15 | **Claims Bar Date:** 04/19/13 | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Single family residence located at 13134 Foxglov | 170,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash on hand | 100.00 | 100.00 | | 0.00 | FA |
| 3 | US Bank personal checking account | 400.00 | 400.00 | | 0.00 | FA |
| 4 | US Bank personal savings account | 2.00 | 2.00 | | 0.00 | FA |
| 5 | Midwes t Operating Engineers Credit Union person | 100.00 | 100.00 | | 0.00 | FA |
| 6 | Midwes t Operating Engineers Credit Union saving | 105.00 | 105.00 | | 0.00 | FA |
| 7 | German-American State Bank personal checking acc | 18.00 | 18.00 | | 0.00 | FA |
| 8 | Push mower; 60" plasma TV; 42" LCD TV; old tube | 4,000.00 | 0.00 | | 0.00 | FA |
| 9 | Derek Rose autographed basketball jersey | 200.00 | 200.00 | | 0.00 | FA |
| 10 | Standard wearing apparel | 500.00 | 0.00 | | 0.00 | FA |
| 11 | Free weights | 100.00 | 100.00 | | 0.00 | FA |
| 12 | Golf clubs | 100.00 | 100.00 | | 0.00 | FA |
| 13 | Northwestern Mutual Whole Life Policy #6-925-026 | 1,259.99 | 1,259.99 | | 0.00 | FA |
| 14 | Midwes t Operating Engineers Local 150 term poli | 1.00 | 1.00 | | 0.00 | FA |
| 15 | Northwestern Mutual Policy #15-263-958 Whole Lif | 3,602.78 | 3,602.78 | | 0.00 | FA |
| 16 | Northwestern Mutual Whole Life Policies #18-626- | 1,357.63 | 1,357.63 | | 0.00 | FA |
| 17 | Midwes t Operating Engineers Local 150 pension i | 1.00 | 0.00 | | 0.00 | FA |
| 18 | 2012 VW Passat TDI SEL | 27,000.00 | 0.00 | | 0.00 | FA |
| 19 | Golf cart | 1,500.00 | 800.00 | | 0.00 | FA |
| 20 | Open trailer (untitled purchase interest) | 400.00 | 400.00 | | 0.00 | FA |
| 21 | Table saw; mitre saw; hand tools; and air compre | 500.00 | 500.00 | | 0.00 | FA |
| 22 | New Money Loan from Parents  (u) | 0.00 | 6,000.00 | | 6,000.00 | FA |
| **22** | **Assets    Totals** (Excluding unknown values) | **$211,247.40** | **$15,046.40** | | **$6,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

INSIDER PREFERENCE SETTLED.  TRUTEE COLLECTING BALANCE WITH MONTHLY PAYMENTS.

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

| | |
|---|---|
| Case Number: 12-84280-MB | Trustee:        (330370)      BERNARD J. NATALE |
| Case Name:     HOWALD, SHAWN P. | Filed (f) or Converted (c):    11/14/12 (f) |
| | §341(a) Meeting Date:          12/27/12 |
| Period Ending: 03/11/15 | Claims Bar Date:               04/19/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)  Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| | | | | | |
|---|---|---|---|---|---|
| Initial Projected Date Of Final Report (TFR):    December 31, 2014 | | | Current Projected Date Of Final Report (TFR):    September 24, 2014  (Actual) | | |

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 12-84280-MB | **Trustee:** BERNARD J. NATALE (330370) |
| **Case Name:** HOWALD, SHAWN P. | **Bank Name:** Rabobank, N.A. |
| | **Account:** ********66 - Checking Account |
| **Taxpayer ID #:** **-***6180 | **Blanket Bond:** $472,000.00 (per case limit) |
| **Period Ending:** 03/11/15 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/30/13 | {22} | Shawn P. Howald | Pymt on New Money Loan to Parents | 1241-000 | 350.00 | | 350.00 |
| 06/26/13 | {22} | Shawn P. Howald | Partial payment on preference | 1241-000 | 350.00 | | 700.00 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 690.00 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 680.00 |
| 08/06/13 | {22} | Shawn P. Howald | Partial payment on preference | 1241-000 | 350.00 | | 1,030.00 |
| 08/28/13 | {22} | Shawn P. Howald | Partial payment | 1241-000 | 350.00 | | 1,380.00 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,370.00 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,360.00 |
| 10/01/13 | {22} | Shawn P Howald | Pymt on compromise Re: Fraudulent Conveyance | 1241-000 | 350.00 | | 1,710.00 |
| 10/29/13 | {22} | Shawn P Howald | Pymt on compromise Re: Fraudulent Conveyance | 1241-000 | 350.00 | | 2,060.00 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,050.00 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,040.00 |
| 12/10/13 | {22} | Shawn P Howald | Pymt on compromise Re: Fraudulent Conveyance | 1241-000 | 350.00 | | 2,390.00 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,380.00 |
| 01/22/14 | {22} | Natale Trust Fund -IOLTA | Pymt on compromise Re: Fraudulent Conveyance - Debtor paid this amount to Trustee in cash. | 1241-000 | 350.00 | | 2,730.00 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,720.00 |
| 02/13/14 | {22} | Shawn P Howald | Pymt on compromise Re: Fraudulent Conveyance | 1241-000 | 350.00 | | 3,070.00 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,060.00 |
| 03/11/14 | {22} | Shawn P Howald | Pymt on compromise Re: Fraudulent Conveyance | 1241-000 | 350.00 | | 3,410.00 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,400.00 |
| 04/09/14 | {22} | Shawn P Howald | Pymt on compromise Re: Fraudulent Conveyance | 1241-000 | 350.00 | | 3,750.00 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 3,740.00 |
| 05/05/14 | {22} | Shawn P Howald | Pymt on compromise Re: Fraudulent Conveyance | 1241-000 | 751.00 | | 4,491.00 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,481.00 |
| 06/03/14 | 101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2014 FOR CASE #12-84280 | 2300-000 | | 8.42 | 4,472.58 |
| 06/09/14 | {22} | Shawn P Howald | Pymt on compromise Re: Fraudulent Conveyance | 1241-000 | 350.00 | | 4,822.58 |

Subtotals :  $4,951.00    $128.42

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 12-84280-MB | **Trustee:** BERNARD J. NATALE (330370) |
| **Case Name:** HOWALD, SHAWN P. | **Bank Name:** Rabobank, N.A. |
| | **Account:** ********66 - Checking Account |
| **Taxpayer ID #:** **-***6180 | **Blanket Bond:** $472,000.00  (per case limit) |
| **Period Ending:** 03/11/15 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,812.58 |
| 07/10/14 | {22} | Shawn P Howald | Pymt on compromise Re: Fraudulent Conveyance | 1241-000 | 350.00 | | 5,162.58 |
| 07/14/14 | 102 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 07/14/2014 FOR CASE #12-84280, 016018067 Voided on 07/14/14 | 2300-003 | | 0.36 | 5,162.22 |
| 07/14/14 | 102 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 07/14/2014 FOR CASE #12-84280, 016018067 Voided: check issued on 07/14/14 | 2300-003 | | -0.36 | 5,162.58 |
| 07/14/14 | 103 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/03/2014 FOR CASE #12-84280, BOND #016018067 | 2300-000 | | 1.07 | 5,161.51 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,151.51 |
| 08/12/14 | {22} | Shawn Howald | Pymt on Preference | 1241-000 | 350.00 | | 5,501.51 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,491.51 |
| 09/15/14 | {22} | Shawn Howald | Last Pymt on Preference | 1241-000 | 349.00 | | 5,840.51 |
| 12/29/14 | 104 | BERNARD J. NATALE | Dividend paid 100.00% on $1,350.00, Trustee Compensation;  Reference: | 2100-000 | | 1,350.00 | 4,490.51 |
| 12/29/14 | 105 | Capital One Bank (USA), N.A. | Distribution paid  9.20% on $12,003.18; Claim# 1; Filed: $12,003.18; Reference: | 7100-000 | | 1,104.49 | 3,386.02 |
| 12/29/14 | 106 | Quantum3 Group LLC as agent for | Distribution paid  9.20% on $5,401.07; Claim# 2; Filed: $5,401.07; Reference: | 7100-000 | | 496.99 | 2,889.03 |
| 12/29/14 | 107 | Portfolio Recovery Associates, LLC | Distribution paid  9.20% on $16,351.69; Claim# 3; Filed: $16,351.69; Reference: | 7100-000 | | 1,504.63 | 1,384.40 |
| 12/29/14 | 108 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 1,384.40 | 0.00 |
| | | | Dividend paid 100.00%       1,367.00 on $1,367.00;  Claim# ATTY; Filed: $1,367.00; Reference: BJN & MB | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%        17.40 on $17.40;  Claim# EXP; Filed: $17.40 | 3120-000 | | | 0.00 |

| | Subtotals : | $1,049.00 | $5,871.58 |
|---|---|---|---|

{} Asset reference(s)

Exhibit 9

# **Form 2**

Page: 3

## **Cash Receipts And Disbursements Record**

| | |
|---|---|
| Case Number: | 12-84280-MB |
| Case Name: | HOWALD, SHAWN P. |
| Taxpayer ID #: | **-***6180 |
| Period Ending: | 03/11/15 |

| | |
|---|---|
| Trustee: | BERNARD J. NATALE (330370) |
| Bank Name: | Rabobank, N.A. |
| Account: | *******66 - Checking Account |
| Blanket Bond: | $472,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 6,000.00 | 6,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 6,000.00 | 6,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,000.00** | **$6,000.00** | |

| | |
|---|---|
| Net Receipts : | 6,000.00 |
| Net Estate : | $6,000.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # *******66** | 6,000.00 | 6,000.00 | 0.00 |
| | **$6,000.00** | **$6,000.00** | **$0.00** |